

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00033-CV

| | | |
|---|---|---|
| Prerna Chadha Sharma | § | From the 431st District Court |
| | § | of Denton County (14-05887-431) |
| v. | § | October 1, 2015 |
| Amit Chadha | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Prerna Chadha Sharma shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
     Chief Justice Terrie Livingston